AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
V.
Todd Holmes

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 4: 05M 3014

4:05m54

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 3/6/2005 (Date) in Pulaski County County, in the EASTERN District of ARKANSAS defendant(s) did,

*(Track Statutory Language of Offense)*

ESCAPE

in violation of Title 18 United States Code, Section(s) 751.

I further state that I am a(n) Deputy U.S. Marshal (Official Title) and that this complaint is based on the following facts:

See Attachment

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

E.J. Harris (signature)
Signature of Complainant

E.J. Harris
Printed Name of Complainant

Sworn to before me and signed in my presence,

3/14/2005 at Little Rock Arkansas
Date City State

Henry L. Jones Jr. U.S. Magistrate
Name of Judge Title of Judge

(signature)
Signature of Judge

# AFFIDAVIT

1. I, E.J. Harris , Deputy U.S. Marshal Service (USMS) , Little Rock , Arkansas being duly sworn, state:

2. I am an "investigator or law enforcement officer of the United States, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrest for offenses numerated in section 751 of title 18, United States Code.

3. On 07/22/2003 Todd Holmes was sentenced to 46 months, imprisonment, Fraudulent use of credit card, all in violation of 18 U.S.C.1029(a) (5) and (3) three years supervised release by Judge James Moody in the Eastern District of Arkansas.

4. On 01/21/2005 Holmes was transferred by Bureau of Prison to City of Faith , located at 1401 Garfield, Little Rock, Arkansas. On the evening of March 6th , 2005 Mr. Holmes was on a weekend pass and did not answer the telephone during accountability check. Once staff reached Mr. Holmes he was instructed to return to the facility. Mr Holmes returned at 2:52 A.M. and sent to his bunk. At 8:00 A.M. staff were conducting a head count and found that Holmes was not in the facility. The director of City of Faith contacted the New Orleans Community Corrections, and Holmes was placed on escape status.

5. Based upon the above information , the affiant has probable cause to believe Todd Holmes a federal prisoner , did escape from custody of the United States Attorney General in violation of United States Code Title 18 , Section 751.

E.J. Harris
Deputy U.S. Marshal
United States Marshal Service
Eastern District of Arkansas

Subscribed and sworn before me

United States Magistrate Judge
3-14-05